IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHEILA DEVERE                                                                          PLAINTIFF

v.                                            CIVIL NO. 20-5213

KILOLO KIJAKAZI,[1]  Acting Commissioner
Social Security Administration                                                         DEFENDANT

## MEMORANDUM OPINION

     Plaintiff, Sheila Devere, brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of the Social Security Administration (Commissioner) denying her application for a period of disability and disability insurance benefits (DIB) and supplemental security income (SSI) benefits under the provisions of Titles II and XVI of the Social Security Act (Act). On November 21, 2021, the District Court upheld the ALJ's decision finding Plaintiff not disabled. (ECF No. 21). On March 22, 2022, the United States Court of Appeals for the Eighth Circuit granted Defendant's unopposed motion to reverse and remand the matter to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). (ECF No. 26, Attachment 1). Based on the foregoing, the Court hereby reverses the decision of the Commissioner and remands this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

     DATED this 24th day of March 2022.

/s/     *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi, has been appointed to serve as Acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.