**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| SHEILA DEVERE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:20-cv-05213-CDC |
| | § | |
| KILOLO KIJAKAZI, | § | |
| ACTING COMMISSIONER OF | § | |
| SOCIAL SECURITY, | § | |
|     Defendant. | § | |

## ORDER

Pursuant to the Joint Stipulation for an Award of Attorneys' Fees (ECF No. 32) filed on June 1, 2022, the Court finds and hereby orders as follows:

1.    The Joint Stipulation for Attorney's Fees Under the Equal Access to Justice Act (EAJA) (ECF #32) is **GRANTED** and Plaintiff is AWARDED $5,609.37 for reasonable attorney's fees under the EAJA.  This amount satisfies Plaintiff's EAJA motions for work performed in this case at both district court and circuit court.  Pursuant to the parties' Stipulation, Plaintiff will dismiss her pending Motion for Attorney Fees for work performed in this case pending at the Eighth Circuit Court of Appeals under case number 22-1006.

2.    In accordance with the EAJA and *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fee award is payable to Plaintiff as the litigant and subject to offset to satisfy any preexisting debts that the litigant may owe to the United States.

IT IS SO ORDERED AND ADJUDGED this 6th day of June 2022.

*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE